DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**B&B BOWLING, LLC** d/b/a **STRIKES @ BOCA,**
Appellant,

v.

**CR VII BOCA TC, L.P., CYPRESS REALTY OF FLORIDA, LLC,** and
**BOWLERO CORPORATION,**
Appellees.

No. 4D2023-0087

[May 2, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502020CA007031.

Ricardo A. Reyes and Carrie Stolzer Robinson of Tobin, Reyes, Alvares & De Biase, PLLC, Boca Raton, for appellant.

Ian M. Ross of Sidley Austin LLP, Miami, and Timothy Kolaya and Amy Bowers of Stumphauzer Kolaya Nadler & Sloman, PLLC, Miami, for appellee Bowlero Corporation.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***